IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| Plaintiff, | : | Case No.: ~~R-3322663~~ 3:12-po-10 |
| -Vs- | : | |
| | : | |
| Bennett, Ronald K. | | |
| Defendant. | | |

**MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE**

The Court ORDERS the conditions of release filed in this case on February 8, 2012, be modified to **include** the following conditions:

*1.The defendant shall participate in inpatient or outpatient substance abuse and/or mental health evaluation and counseling if U.S. Pretrial Services considers it advisable.*
*2. The defendant shall refrain from ANY use of alcohol.*

SO ORDERED.

2/29/10
Date

Honorable Sharon L. Ovington
United States Magistrate Court Judge

Copy to:
Defendant/Defense counsel
U.S. Attorney Office
US Pretrial Services Office